**2023-1801, -1802, -1803**

# United States Court of Appeals
# for the Federal Circuit

———— •◆• ————

CONVERTER MANUFACTURING, LLC,

*Appellant,*

– v. –

TEKNI-PLEX, INC.,

*Appellee.*

*On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00919, IPR2021-00918, IPR2021-00916*

## NOTICE OF CORRECTION TO
## BRIEF FOR APPELLEE

Diane Siegel Danoff
Kevin M. Flannery
Michael A. Fisher
Robert W. Ashbrook, Jr.
Luke M. Reilly
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
diane.danoff@dechert.com
kevin.flannery@dechert.com
michael.fisher@dechert.com
robert.ashbrook@dechert.com
luke.reilly@dechert.com

*Counsel for Appellee*

SEPTEMBER 29, 2023

## CERTIFICATE OF INTEREST

Under Federal Circuit Rule 47.4, counsel for Appellee Tekni-Plex, Inc. ("Tekni-Plex" or "Appellee") certifies the following:

| | |
|---|---|
| Under FCR 47.4(a)(1), the full name of every entity represented in this case by Appellee's counsel is: | Tekni-Plex, Inc. |
| Under FCR 47.4(a)(2), the names of every real party in interest (if the party named in the caption is not the real party in interest) are: | Dolco LLC |
| Under FCR 47.4(a)(3), all parent corporations and any publicly held companies that own 10 percent or more of the stock of the entities represented by Appellee's counsel in this case are: | Tekni-Plex Holdings, LLC<br>Trident TPI Holdings, Inc.<br>Trident Intermediate, Inc.<br>Trident Parent, Inc.<br>Genstar Trident Holding, L.P. |
| Under FCR 47.4(a)(4), the names of all law firms, partners, and associates that appeared in the lower tribunal, or are expected to appear in this court, for the entity now represented by Appellee's counsel, other than those who have already entered an appearance in this Court, are: | None |
| Under FCR 47.4(a)(5), other than the originating case numbers, the title and number of any related or prior cases known to counsel that meet the criteria under FCR 47.5: | *Clearly Clean Prods., LLC, et al. v. Tekni-Plex, Inc., et al.*, No. 2:20-cv-04723 (E.D. Pa.) |
| Under FCR 47.4(a)(6), information regarding organizational victims in criminal cases and debtors and trustees in bankruptcy cases: | Not applicable |

Date:  September 29, 2023

Respectfully submitted,
/s/ *Michael A. Fisher*
Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
*Counsel for Appellee*
*Tekni-Plex, Inc.*

1

Pursuant to Fed. Cir. R. 25(i), Appellee Tekni-Plex, Inc. ("Tekni-Plex"), by and through undersigned counsel, hereby files this Notice of Correction to its Brief for Appellee. The concurrently filed Corrected Brief for Appellee is being submitted to ensure clarity and accuracy by correcting minor clerical errors in certain citations and in the Certificate of Compliance with Type-Volume Limitations. Counsel for Tekni-Plex became aware of these errors after the original Brief for Appellee was filed.

The following corrections are made in the Corrected Brief for Appellee, filed concurrently herewith:

| Page Corrected | Original Text | Changed To: |
|---|---|---|
| P. 7, line 10 | *Id*. Fig. 13 | Appx10652 (Fig. 13) |
| P. 7, line 12 | *Id*. Appx10622-10644 | Appx10622-10644 |
| P. 15, line 3 | "would always fail" | "always failed" |
| P. 15, line 5 | 275 | 275 & n.9 |
| P. 17, lines 6-7 | *Dickinson*, 527 U.S. at 162; *see also Gartside*, 203 F.3d at 1312. | *Dickinson v. Zurko*, 527 U.S. 150, 162;, 119 S. Ct. 1816, 1823, 144 L. Ed. 2d 143 (1999); *see also In re Gartside*, 203 F.3d 1305, 1312 (Fed. Cir. .2000). |
| P. 17, line 12 | 859 F.3d 1364, 1369-70 | 859 F.3d 1364, 1370 |
| P. 17, line 15 | 1287 | 1288 |
| P. 18, line 20 | Appx2452 | Appx14050 |
| P. 19, line 12 | Appx76-78, Appx171-173 | Appx76-82, Appx171-178 |
| p. 20, line 2 | Appx77-78 | Appx77-82 |

| p. 20, line 2 | Appx172-233 | Appx172-178, Appx231-233 |
|---|---|---|
| p. 20, line 19 | Appx76, Appx171 | Appx76-82, Appx171-178 |
| p. 21, lines 9-10 | Added | *In re Hoffmann,* 558 F. App'x 985, 986 (Fed. Cir. 2014). |
| p. 33, line 16 | Appx120-122 | Appx120-121 |
| p. 35, line 6 | Appx210, Appx221 | Appx210, Appx220-221 |
| p. 35, line 14 | Appx15527, Appx2675-2742) | Appx15527, Appx2708-2719 |
| p. 35, line 15 | Appx2743-2808 | Appx2758-2766 |
| p. 38, line 8 | 892 F.2d 1547, 1551 (Fed. Cir. 1989) | 892 F.2d 1547, 1550 (Fed. Cir. 1989) |
| p. 40, line 15 | 2655 Figs 5A-5C (citing Appx10671), | 2655 (citing Appx10671 (Figs 5A-5C) |
| p. 40, line 20 | Appx14131-14169;) | Appx2652-2654 (citing Appx14131-14169); |
| p. 42, lines 3-4 | *id. ¶¶* 10-11 | Appx14138 |
| p. 42, line 4 | "undated" | "un-dated" |
| p. 42, line 1 | Appx14143-14147 | Appx14143-14150 |
| p. 50, line 19 | 2652-2657 | Appx2652-2657 |
| p. 54, line 6 | Appx171-74 | Appx171-174 |
| p. 54, line 14 | Appx10682, (1:5-9, 3:43-46) | -10682, (1:5-9, 3:40-46) |
| p. 58, line 10 | Long's testimony | May's Testimony |
| p. 60, lines 20 | Appx1931-1932 | Appx1930-1932 |
| p. 61, line 7 | "not credible." | "no[t] credible" |
| p. 61, line 8 | Appx1932-1933 | Appx1932-1935 |
| p. 61, line 12 | Appx1932 | Appx1933 |
| p. 63, line 3 | *Beckman Instruments, Inc. v. LKB Produkter AB,* 892 F.2d 1547, 1551 (Fed. Cir. 1989); | *Beckman Instruments,* 892 F.2d at 1551; |

| p. 63, line 4 | *Amgen Inc. v. Hoechst Marion Roussel, Inc., 314 F.3d 1313 at 1357 (Fed. Cir. 2003);* | *Amgen,* 314 F.3d at 1357; Appx148 |
| p. 65, line 14 | Mr. Long's | Mr. May's |
| p. 66, line 4 | Appx1124-1137 | Appx1135-1137 |
| p. 67, line 20 | Appx1929-1931 | Appx1929-1932 |
| p. 68, line1-2 | Appx1931-1932, 69-70 | Appx1931-1932 |
| p. 68, line 9 | Appx1932 | Appx1933 |
| p. 72, line 2 | IPR2021-00916, Paper 7, 8 | Appx1564 |
| p. 72, line 4 | Appx21182 | Appx21192 |
| p. 75, line 15 | 916 Opp. at 68. | Appx71. |
| p. 76, line 18 | 916 Opp. at 68. | Appx70-71. |
| p. 77, line 4 | 916 Opp. at | Br. 71. |
| p. 77, line 9 | there is no evidence to suggest that copying, in fact, occurred.  Id. | there is no evidence to suggest that copying, in fact, occurred. |
| p. 78, line 10 | Added | Appx74, Appx169, Appx260. |
| p. 77, line 11 | *Id.* | Br. 71 |
| p. 78, line 4 | *L'Oreal USA, Inc. v. Olaplex, Inc.,* 844 F. Appx 308, 320-23 | *L'Oreal USA, Inc. v. Olaplex, Inc.,* 844 F. Appx 308, 321-22 |
| p. 78, line 4 | Appx308, 320-23 | Appx308, 321-322 |
| p. 79, line 5 | "rubber-stamp" | rubber-stamp |
| p. 79, lines 16-17 | *Id. ¶¶* 123, 216-217 | Appx10312-10313, Appx10375-10379 |

In addition:

- Appellee's originally filed brief inadvertently cited the first version of

Appellant's opening brief, filed on August 4, 2023, instead of Appellant's Corrected Brief, filed on August 25, 2023. Those citations have been corrected.

- In a number of the citations within Appellee's originally filed brief, parentheses were put in the wrong location. Those incorrectly placed parentheses have been moved to the correct locations.

The Undersigned certifies that the Corrected Brief contains no substantive changes.


Date: September 29, 2023                    */s/ Michael A. Fisher*
                                            Michael A. Fisher
                                            DECHERT LLP
                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA 19104-2808

                                            *Counsel for Appellee*
                                            *Tekni-Plex, Inc.*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 29, 2023, I caused the foregoing to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Federal Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

September 29, 2023

*/s/ Michael A. Fisher*
Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Appellee*
*Tekni-Plex, Inc.*