2023-1801, -1802, -1803

# United States Court of Appeals for the Federal Circuit

CONVERTER MANUFACTURING, LLC,

*Appellant,*

– v. –

TEKNI-PLEX, INC.,

*Appellee.*

*On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00919, IPR2021-00918, IPR2021-00916*

## SECOND NOTICE OF CORRECTION TO BRIEF FOR APPELLEE

Diane Siegel Danoff
Kevin M. Flannery
Michael A. Fisher
Robert W. Ashbrook, Jr.
Luke M. Reilly
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
diane.danoff@dechert.com
kevin.flannery@dechert.com
michael.fisher@dechert.com
robert.ashbrook@dechert.com
luke.reilly@dechert.com

*Counsel for Appellee*

NOVEMBER 8, 2023

# CERTIFICATE OF INTEREST

Under Federal Circuit Rule 47.4, counsel for Appellee Tekni-Plex, Inc. ("Tekni-Plex" or "Appellee") certifies the following:

| | |
|---|---|
| Under FCR 47.4(a)(1), the full name of every entity represented in this case by Appellee's counsel is: | Tekni-Plex, Inc. |
| Under FCR 47.4(a)(2), the names of every real party in interest (if the party named in the caption is not the real party in interest) are: | Dolco LLC |
| Under FCR 47.4(a)(3), all parent corporations and any publicly held companies that own 10 percent or more of the stock of the entities represented by Appellee's counsel in this case are: | Tekni-Plex Holdings, LLC<br>Trident TPI Holdings, Inc.<br>Trident Intermediate, Inc.<br>Trident Parent, Inc.<br>Genstar Trident Holding, L.P. |
| Under FCR 47.4(a)(4), the names of all law firms, partners, and associates that appeared in the lower tribunal, or are expected to appear in this court, for the entity now represented by Appellee's counsel, other than those who have already entered an appearance in this Court, are: | None |
| Under FCR 47.4(a)(5), other than the originating case numbers, the title and number of any related or prior cases known to counsel that meet the criteria under FCR 47.5: | *Clearly Clean Prods., LLC, et al. v. Tekni-Plex, Inc., et al.*, No. 2:20-cv-04723 (E.D. Pa.) |
| Under FCR 47.4(a)(6), information regarding organizational victims in criminal cases and debtors and trustees in bankruptcy cases: | Not applicable |

Date: November 8, 2023

Respectfully submitted,
/s/ *Michael A. Fisher*
Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
*Counsel for Appellee*
*Tekni-Plex, Inc.*

Pursuant to Fed. Cir. R. 25(i), Appellee Tekni-Plex, Inc. ("Tekni-Plex"), by and through undersigned counsel, hereby files this Second Notice of Correction to its Brief for Appellee. Tekni-Plex submits the concurrently filed Second Corrected Brief for Appellee to ensure clarity and accuracy and avoid confusion, by correcting clerical errors in the page numbers of two citations to the Appendix.

The corrections replace non-existent page numbers (six-digit page numbers, citing to an Appendix with only 30,013 pages) with accurate page numbers. The original citations were an unintended error and the replacement citations are limited to the pages described in the narrative that immediately precedes the citations. The corrections do not require any additions to the Appendix itself and introduce no substantive changes to the brief.

Counsel for Tekni-Plex became aware of these errors yesterday during finalization of the Appendix.

The following corrections are made in the Second Corrected Brief for Appellee, filed concurrently herewith:

| Page Corrected | Original Text | Changed To: |
| --- | --- | --- |
| P. 62, line 19 | Appx100636-10065 | Appx10062-10065 |
| P. 70, line 3 | Appx200636-20065 | Appx10062-10065 |

The Undersigned certifies that the Second Corrected Brief contains no substantive changes.

Date: November 8, 2023                /s/ *Michael A. Fisher*
                                      Michael A. Fisher
                                      DECHERT LLP
                                      Cira Centre
                                      2929 Arch Street
                                      Philadelphia, PA 19104-2808
                                      *Counsel for Appellee*
                                      *Tekni-Plex, Inc.*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 8, 2023, I caused the foregoing to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Federal Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| November 8, 2023 | */s/ Michael A. Fisher*<br>Michael A. Fisher<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br><br>*Counsel for Appellee*<br>*Tekni-Plex, Inc.* |